UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

The Pan-Albanian Federation of America
Vatra (The Hearth) Inc.,
       PLAINTIFF,

v.

Civil Action No.
**1:23-CV-12552-ADB**

Valentine Lumaj,
       DEFENDANT.

_____

### PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJDUICE

    Plaintiff The Pan-Albanian Federation of America Vatra (The Hearth), Inc., through their undersigned counsel, respectfully request this Honorable Court to dismiss this action *without* prejudice pursuant to Fed. R. Civ. P. 41 (a).

Dated: January 25, 2024

Respectfully submitted,
The Pan-Albanian Federation of America
VATRA (The Hearth) Inc.,
By its attorney,

/s/ Darius Pakrooh
_____
Darius Pakrooh, Esq. (BBO 691599)
PAKROOH LAW, P.C.
90 Canal Street – Suite 400
Boston, MA 02114
(617) 874-1411
darius@pakroohlaw.com