UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**The Pan-Albanian Federation of America**
**Vatra (The Hearth) Inc.**
    Plaintiff

    V.

**Valentine Lumaj**
    Defendant

CIVIL ACTION

NO. 1:23-CV-12552-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Order dated January 26, 2024, GRANTING Plaintiff's Request for Dismissal, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice.

By the Court,

1/26/2024                                                                             /s/ Caetlin McManus
Date                                                                                  Deputy Clerk